1
2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

VISTAN CORPORATION,
                     Plaintiff,

4
                                                    )   CIVIL ACTION
5           -v-                                      )   NO. 10-4862 JCS
                                                    )
6    FADEI USA, INC.,                               )
              and                                   )
7                                                    )
8    PAN AMERICAN ENGINEERING                        )
     and EQUIPMENT CO., INC.,                        )
9              and                                   )
                                                    )
10   MANUEL SILVA,                                   )
              and                                   )
11                                                   )
     MARIANI PACKING CO., INC.,                      )
12            Defendants.                            )

13

14           [PROPOSED] ORDER ADJUSTING
                   BRIEFING SCHEDULE

15

16          As stipulated by the parties, the briefing schedule for Plaintiff's pending Motion to Strike

17   and Motion to Dismiss, currently scheduled for hearing on March 25, 2011, is modified so that

18   Plaintiff's reply brief shall be due by March 2, 2011.

19   The hearing on the Motion to Strike and Motion to Dismiss, has been re-set for hearing on
     April 1, 2011, at 9:30 AM.

20

21   Dated:   1/19/11

22   _____          _____
     The H[...] [...] C. Spero

23   United S[...]

24

25

26

27

28