1    Michael N. Berg (CA Bar No. 159771)
     Regard IP Law
2    425 California St., Suite 1700
     San Francisco, CA 94104
3    Telephone: (415) 398-9600
     Facsimile: (415) 236-6100
4
     Michael J. Brown (pro hac vice)
5    Michael J Brown Law Office LLC
     570 W. Mt. Pleasant Avenue, Suite 101
6    Livingston, New Jersey 07039
     Telephone: (973) 577-6300
7    Facsimile: (973) 577-6301

8    Attorneys for Plaintiff

9
                    IN THE UNITED STATES DISTRICT COURT
10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
     VISTAN CORPORATION,                )
12                      Plaintiff,      )
                                        )   CIVIL ACTION
13            -v-                       )   NO.  10-4862 JCS
                                        )
14   FADEI USA, INC.,                   )
                and                     )
15                                      )
     PAN AMERICAN ENGINEERING           )   **Date: April 29, 2011**
16   and EQUIPMENT CO., INC.,           )   **Time: 1:30 p.m.**
                and                     )   **Dept: Courtroom A**
17                                      )
     MANUEL SILVA,                      )
18              and                     )
                                        )
19   MARIANI PACKING CO., INC.,         )
                      Defendants.       )
20

21           <u>**REQUEST FOR TELEPHONIC APPEARANCE**</u>
22           <u>**[AND ~~PROPOSED~~ ORDER] AT STATUS CONFERENCE**</u>

23           Pursuant to the Court's Order of today's date, April 25, 2011, a status conference is

24   scheduled to commence on April 29, 2011, at 1:30 p.m. Vistan respectfully requests permission

25   for its lead counsel, Michael Brown, to appear telephonically at the status conference. The phone

26   number for Michael Brown is (973) 577-6300.  Co-counsel Michael Berg will appear in person.

27   Vistan understands that its presence is not requested at the status conference.

28

---

REQUEST FOR TELEPHONIC APPEARANCE [AND PROPOSED ORDER] AT STATUS          1
CONFERENCE

1

2    April 25, 2011                           Respectfully submitted,

3

4                             By:    /MichaelJBrown/
                                     Michael J. Brown (pro hac vice)

5                                     Michael  J Brown Law Office LLC
                                     570 W. Mt. Pleasant Avenue, Suite 101

6                                     Livingston, New Jersey 07039
                                     Telephone: (973) 577-6300

7                                     Facsimile: (973) 577-6301

8

9                                     Michael N. Berg
                                     Regard IP Law

10                                   425 California St., Suite 1700
                                   San Francisco, CA 94104

11                                   Telephone: (415) 398-9600
                                   Facsimile: (415) 236-6100

12

13

14

15    **GOOD CAUSE APPEARING, IT IS SO ORDERED.**
    Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

16

17    DATED: April _26_, 2011         By: _____
                              JOSEPH C. SPERO

18                              United States Magistrate Judge

19                         IT IS SO ORDERED
                         AS MODIFIED

20                         Judge Joseph C. Spero

21

22

23

24

25

26

27

28