DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
ANDREW L. COLLIER (Bar No. 191137)
RYAN C. WOOD (Bar No. 232267)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
acollier@downeybrand.com

Attorneys for Defendants/Counterclaimants
FADEI USA, INC., PAN AMERICAN
ENGINEERING and EQUIPMENT CO., INC.,
MANUEL SILVA, and MARIANI PACKING CO.,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAN CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 10-4862 JCS<br><br>**REQUEST FOR TELEPHONIC APPEARANCE [AND ~~PROPOSED~~ ORDER] AT STATUS CONFERENCE**<br><br>**Date:** April 29, 2011<br>**Time:** 1:30 p.m.<br>**Dept:** Courtroom A |

1156675.1

REQUEST FOR TELEPHONIC APPEARANCE [AND PROPOSED ORDER] AT HEARING

Pursuant to the Court's Order of today's date, April 25, 2011, a status conference is scheduled to commence on April 29, 2011, at 1:30 p.m. We respectfully request permission to appear telephonically at the hearing. The phone number for Andrew Collier is (916) 520-5244.

DATED: April 25, 2011      DOWNEY BRAND LLP

By: /s/ ANDREW L. COLLIER
ANDREW L. COLLIER
Attorneys for Defendant/Counterclaimant
FADEI USA, INC., PAN AMERICAN
ENGINEERING and EQUIPMENT CO., INC.,
MANUEL SILVA, and MARIANI
PACKING CO., INC.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**
Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

DATED: April 26, 2011      By: _____
JOSEPH C. SPERO
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

1156675.1

1

REQUEST FOR TELEPHONIC APPEARANCE [AND PROPOSED ORDER] AT HEARING