HANSON BRIDGETT LLP
Robert A. McFarlane, SBN 172650
rmcfarlane@hansonbridgett.com
Christopher S. Walters SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

REGARD IP LAW
Michael N. Berg, SBN159771
mberg@regardip.com
425 California Street, Suite 1700
San Francisco, CA 94104
Telephone:  (415) 398-9600
Facsimile:  (415) 236-6100

MICHAEL J. BROWN LAW OFFICE LLC
Michael J. Brown (*pro hac vice*)
michael@mjbrownlaw.com
570 W. Mt. Pleasant Avenue, Suite 101
Livingston, NJ 07039
Telephone:  (973) 577-6300
Facsimile:  (973) 577-6301

Attorneys for Plaintiff / Counterdefendant
VISTAN CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTAN CORPORATION,<br>       Plaintiff,<br>  v.<br>FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC.,<br>       Defendants.<br><br>FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC.,<br>       Counterclaimants,<br>  v.<br>VISTAN CORPORATION,<br>       Counterdefendant. | CIVIL ACTION<br>NO. 10-4862 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS AND GRANTING DEFENDANTS LEAVE TO AMEND THEIR INVALIDITY CONTENTIONS** |

Plaintiff Vistan Corporation ("Plaintiff") and defendants Fadei USA, Inc., Pan American Engineering and Equipment Co., Inc., Manuel Silva, and Mariani Packing Co., Inc. ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to serve Amended Preliminary Infringement Contentions and Amended Preliminary Invalidity Contentions as follows:

WHEREAS this is a patent infringement lawsuit in which Vistan Corporation asserts that the named defendants infringe United States Patent No. 5,870,949;

WHEREAS the Court issued a Claim Construction Order on April 27, 2012;

WHEREAS the Court construed the claim term "active assembly" as a means-plus-function limitation pursuant to 35 U.S.C. § 112, ¶ 6;

WHEREAS the Court issued constructions of the terms "pitting" and "pitting operation" that were different from the constructions proposed by Defendants;

Whereas Local Patent Rule 3-6(a) permits Infringement and Invalidity Contentions to be amended upon a timely showing of good cause after the court enters a claim construction that is different from that proposed by the party seeking the amendment;

WHEREAS Plaintiff provided Defendants with proposed amendments to its Preliminary Infringement Contentions as set forth in redline format in Exhibit A on May 24, 2012;

WHEREAS Plaintiff's proposed amendments address the Court's construction of the term "active assembly" and Plaintiff seeks leave to serve those amendments pursuant to Local Patent Rule 3-6(a);

WHEREAS Defendants provided Plaintiff with proposed amendments to its Preliminary Invalidity Contentions as set forth in Exhibit B on June 22, 2012;

WHEREAS Defendants proposed amendments address the Court's construction of the terms "active assembly", "pitting", and "pitting operation", and Defendants seek leave to serve those amendments pursuant to Local Patent Rule 3-6(a);

WHEREAS Plaintiff and Defendants agree that the amended contentions attached hereto as Exhibit A and B may properly be served pursuant to Rule 3-6(a) and request an

1  order permitting such amendments to be served pursuant to that rule;

2      WHEREAS the Defendants intend within the next 30 days to seek further leave to
3  amend their invalidity contentions to update claim charts pursuant to Patent L.R. 3-3(c) to
4  identify the Court's construction of the term "active assembly" by identifying
5  corresponding structure and function in the prior art and to identify additional prior art
6  containing corresponding structure and function with regard to the Court's construction of
7  "active assembly" within the same time period; and

8      WHEREAS Plaintiff does not agree that such further amendment is or will be
9  proper pursuant to the Local Patent Rules and reserves all rights to oppose and/or move to
10  strike any additional amendments to Defendants' invalidity contentions on any recognized
11  basis;

12      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and
13  Defendants as follows:

14      Plaintiff is hereby granted leave to amend its Preliminary Infringement Contentions
15  in the form of its Amended Infringement Contentions which are attached hereto as Exhibit
16  A and previously provided to Defendants on May 24, 2012;

17      The Defendants are hereby granted leave to amend their Preliminary Invalidity
18  Contentions in the form of its First Amended Invalidity Contentions which is attached
19  hereto as Exhibit B, and previously provided to Plaintiff on June 22, 2012.

20      The Amended Infringement Contentions attached hereto as Exhibit A and the
21  Amended Invalidity Contentions attached hereto as Exhibit B are deemed served as the
22  date of entry of this Order.

23      This Order does not rule on the propriety of any further amendments to the
24  Preliminary Infringement Contentions or the Preliminary Invalidity Contentions, including
25  those proposed by the Defendants, and the propriety of any further amendments shall be

26  ///
27  ///
28  ///

4336328.2

-2-      10-4862 JCS
STIPULATION AND [PROPOSED] ORDER RE AMENDED INFRINGEMENT AND INVALIDITY CONTENTIONS

addressed if and when it becomes necessary.

IT IS SO STIPULATED:

DATED: June 28, 2012                    HANSON BRIDGETT LLP

                                        By:     */s/* Robert A. McFarlane
                                            ROBERT A. MCFARLANE
                                            Attorneys for Plaintiff / Counterdefendant
                                            VISTAN CORPORATION

DATED: June 28, 2012                    DOWNEY BRAND LLP

                                        By:     */s/* Michael Thomas
                                            MICHAEL THOMAS
                                            Attorneys for Defendants / Counterclaimants
                                            FADEI USA, INC., PAN AMERICAN
                                            ENGINEERING and EQUIPMENT CO.,
                                            INC., MANUEL SILVA, and MARIANI
                                            PACKING CO., INC.

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

DATED: _____, 2012

                                        _____
                                              Honorable Joseph C. Spero