DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
ANDREW L. COLLIER (Bar No. 191137)
SEAN J. FILIPPINI (Bar No. 232380)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mthomas@downeybrand.com
acollier@downeybrand.com
sfilippini@downeybrand.com

Attorneys for Defendants/Counterclaimants
FADEI USA, INC., PAN AMERICAN
ENGINEERING and EQUIPMENT CO., INC.
MANUEL SILVA, and MARIANI PACKING CO.,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAN CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC. MANUEL SILVA, and MARIANI PACKING CO., INC.,<br><br>　　　　　Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. C 10-4862 JCS<br><br>**DECLARATION OF BEN RUTTER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: September 14, 2012<br>Time: 9:30 a.m.<br>Dept: Courtroom G, 15th Floor<br>Judge: Hon. Joseph C. Spero |

/ / /

/ / /

/ / /

/ / /

/ / /

1270968.5

I, Ben Rutter, declare as follows:

1. I am the Industrial Technology Manufacturing Supervisor for Defendant Mariani Packing Co., Inc. ("Mariani") and am employed at its fruit processing facility in Vacaville, California. I submit this Declaration in support of Defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment (the "Motion"). I make this declaration of my own personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2. I have a B.S. in Industrial Engineering from California Polytechnic State University, San Luis Obispo, California. Since receiving my degree in industrial engineering, I have been employed full time at Mariani as an industrial engineer focusing primarily on fruit processing, including prune pitting operations.

3. Mariani is in possession of ten Fadei M-292 production prune pitters at its facility in Vacaville, California. I am informed and understand that these machines are the Accused Pitters, as that term is defined in the Motion. I have been present during certain inspections of these Accused Pitters by attorneys for the Plaintiff, as well as by experts for the Defendants.

4. My responsibilities as Industrial Technology Manufacturing Supervisor for Mariani included and include on an ongoing basis, among other things, ongoing evaluation, parts procurement, and assessment of performance issues for the Accused Pitters. In light of my educational background, my job responsibilities, and given my near daily work with and around the Accused Pitters, I am intimately familiar with the form and function of the machine elements and operation of the Accused Pitters.

5. I have also read and am familiar with the contents of the Declaration of Dr. Richard Klopp in Support of Defendants' Motion for Summary Judgment (hereinafter the "Klopp Declaration"). Dr. Klopp accurately describes the form and function of the Accused Pitters, and the exhibits attached to his declaration are representative of the form and function of each of the Accused Pitters.

6. As correctly stated in the Klopp Declaration, none of the machine components on the Accused Pitters, connected to the closing bars that open the pockets of the fruit holders, move

1270968.5
1

Civ. Action No. 10-4862 JCS

DECLARATION OF BEN RUTTER ISO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, ETC.

1 | in a straight line. Instead, they all move in a rotational or angular path and are driven by a
2 | rotating crank attached to the output of a rotating motor. Dr. Klopp refers to these components as
3 | the Crank-Rocker Mechanism and the Four-Bar Linkage.

4 |     7. I have reviewed and am familiar with the Plaintiff's Amended Infringement
5 | Contentions. Therein, in its infringement claim chart, Plaintiff asserts that an "active assembly"
6 | as that term is used in Claims 5 and 12 is present in the Accused Pitters, and alleges that this
7 | "active assembly" may be seen in documents DEF00026 and DEF00038. I have reviewed these
8 | documents, and I recognize them to be from the Fadei M-292 Users Guide, and except for some
9 | minor differences between DEF00026 but not DEF00038, they are drawings that are
10 | representative of the Accused Pitters noted above and addressed in Dr. Klopp's declaration and
11 | the exhibits attached to his declaration. I recognize Exhibits 6, 7 and 8 of Dr. Klopp's declaration
12 | as labeled versions of the drawing shown in DEF00038 referenced in Plaintiff's Amended
13 | Infringement Contentions.

14 |     I declare under penalty of perjury pursuant to the laws of the State of California and the
15 | United States that the foregoing is true and correct and that this Declaration was executed on
16 | August 10, 2012, at Vacaville, California.

BEN RUTTER

1270968.5

2

Civ. Action No. 10-4862 JCS    DECLARATION OF BEN RUTTER ISO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, ETC.