IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAN CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>FADEI, USA, INC.,<br><br>          Defendant. | Case No.: C-10-4862 JCS<br><br>**ORDER RE BRIEFING SCHEDULE AND MOTION HEARING DATE FOR PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(d)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the Motion for Relief Pursuant to Federal Rule of Civil Procedure 56(d) ("Motion"), noticed for September 28, 2012, at 9:30 A.M., has been rescheduled to **September 7, 2012, at 9:30 A.M.**, before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Defendant's

response to the Motion shall be due by **Friday, August 31, 2012**. Plaintiff's reply shall be due by **Tuesday, September 4, 2012**.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge