IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAN CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FADEI, USA, INC., et al.,<br><br>　　　　Defendants. | Case No.: C-10-04862 JCS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PORTIONS OF BOWSER DECLARATION [Dkt. No. 105]** |

Plaintiff filed a Motion for Leave to File an Opposition to Defendants' Motion to Strike ("Motion") along with its Opposition to Defendants' Motion to Strike ("Opposition"). Dkt. Nos. 105, 107. The Court hereby GRANTS the Motion and deems the Opposition filed.

IT IS SO ORDERED.

Dated: November 9, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge