IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAN CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>FADEI, USA, INC., et al.,<br><br>  Defendants. | Case No.: C-10-04862 JCS<br><br>**ORDER FOR JOINT STATEMENT OF UNDISPUTED FACTS** |

Defendants have filed a motion for summary judgment, which is set for hearing on December 14, 2012. The Court's Standing Order on Motions for Summary Judgment provides as follows:

> The parties shall file a joint statement of undisputed facts. If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree. Separate statements of undisputed facts shall not be filed and will not be considered by the Court.

Civil Standing Orders for Magistrate Judge Joseph C. Spero, Revised 08/01/12, ¶ 17. No joint statement of undisputed facts has been filed in support of the pending summary judgment motion. Instead, Defendants have filed a declaration, which includes facts and supporting evidence that were submitted to Plaintiff's counsel for review in July 2012. This declaration is not in compliance with this Court's Standing Order, and will not be considered by the Court.

IT IS HEREBY ORDERED that the parties shall file a joint statement of undisputed facts in compliance with the Court's Standing Order by Wednesday December 5, 2012. The parties are cautioned that any party who objects to a proposed fact without a reasonable basis for doing so may be subject to sanctions.

IT IS SO ORDERED.

Dated: November 28, 2012

JOSEPH C. SPERO
United States Magistrate Judge