1  HANSON BRIDGETT LLP
   Robert A. McFarlane, SBN 172650
2  rmcfarlane@hansonbridgett.com
   Russell C. Petersen, SBN 264245
3  rpetersen@hansonbridgett.com
   Christopher S. Walters SBN 267262
4  cwalters@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA 94105
   Telephone:   (415) 777-3200
6  Facsimile:   (415) 541-9366

7  REGARD IP LAW
   Michael N. Berg, SBN159771
8  mberg@regardip.com
   425 California Street, Suite 1700
9  San Francisco, CA 94104
   Telephone:   (415) 398-9600
10 Facsimile:   (415) 236-6100

11 MICHAEL J. BROWN LAW OFFICE LLC
   Michael J. Brown (*pro hac vice*)
12 michael@mjbrownlaw.com
   570 W. Mt. Pleasant Avenue, Suite 101
13 Livingston, NJ 07039
   Telephone:   (973) 577-6300
14 Facsimile:   (973) 577-6301

15 Attorneys for Plaintiff / Counterdefendant
   VISTAN CORPORATION
16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTAN CORPORATION,<br>　　　　Plaintiff,<br>　　v.<br>FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC.,<br>　　　　Defendants. | CIVIL ACTION<br>NO. 10-4862 JCS<br><br>**[PROPOSED] ORDER FOR BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS** |
| FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC.,<br>　　　　Counterclaimants,<br>　　v.<br>VISTAN CORPORATION,<br>　　　　Counterdefendant. | |

10-4862 JCS

[PROPOSED] ORDER FOR BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS

1  The parties having jointly agreed hereon and the Court having previously set the date for
2  hearing dispositive motions for September 13, 2013 at 9:30 a.m., the following schedule for the
3  purposes of further dispositive motions is hereby entered:

| | |
|---|---|
| Last day to file dispositive motions | July 12, 2013 |
| Last day to file opposition papers | August 2, 2013 |
| Last day to file reply papers | August 16, 2013 |
| Hearing date | September 13, 2013 |

9  IT IS SO ORDERED.

11 DATED: __12/11_____, 2012

