1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS (Bar No. 172326)
2  ANDREW L. COLLIER (Bar No. 191137)
   SEAN J. FILIPPINI (Bar No. 232380)
3  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
4  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
5  mthomas@downeybrand.com
   acollier@downeybrand.com
6  sfilippini@downeybrand.com

7  Attorneys for Defendants/Counterclaimants
   FADEI USA, INC., PAN AMERICAN
8  ENGINEERING and EQUIPMENT CO., INC.,
   MANUEL SILVA, and MARIANI PACKING CO.,
9  INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VISTAN CORPORATION, | Case No.  C 10-4862 JCS |
|---|---|
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~ ORDER]** |
| v. | |
| FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC. | **Date:    June 20, 2014**<br>**Time:    2:00 p.m.**<br>**Dept:    Courtroom G** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

1371669.2

REQUEST FOR TELEPHONIC APPEARANCE AT CMC AND [PROPOSED ORDER]

A case management conference is scheduled to commence on June 20, 2014, at 2:00 p.m. We respectfully request permission to appear telephonically at the hearing. The phone number for Michael Thomas is (916) 520-5310.

DATED: June 13, 2014   DOWNEY BRAND LLP

By:   /s/  MICHAEL J. THOMAS
MICHAEL J. THOMAS
Attorneys for Defendant/Counterclaimant
FADEI USA, INC., PAN AMERICAN
ENGINEERING and EQUIPMENT CO., INC.,
MANUEL SILVA, and MARIANI
PACKING CO., INC.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.** Mr. Thomas shall be on phone standby beginning at 2:00 PM and await the Court's call.

DATED: June 17, 2014   By: _____
JOSEPH C. SPERO
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero