DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
ANDREW L. COLLIER (Bar No. 191137)
SEAN J. FILIPPINI (Bar No. 232380)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
mthomas@downeybrand.com
acollier@downeybrand.com
sfilippini@downeybrand.com

Attorneys for Defendants/Counterclaimants
FADEI USA, INC., PAN AMERICAN
ENGINEERING and EQUIPMENT CO., INC.,
MANUEL SILVA, and MARIANI PACKING CO.,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAN CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC.<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  C 10-4862 JCS<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER]**<br><br>**Date:**　**August 29, 2014**<br>**Time:**　**2:00 p.m.**<br>**Dept:**　**Courtroom G** |

1371669.4

A case management conference is scheduled to commence on August 29, 2014, at 2:00 p.m. We respectfully request permission to appear telephonically at the hearing. The phone number for Michael Thomas is (916) 520-5310.

DATED:  August 22, 2014                         DOWNEY BRAND LLP


By:      /s/  MICHAEL J. THOMAS
            MICHAEL J. THOMAS
    Attorneys for Defendant/Counterclaimant
    FADEI USA, INC., PAN AMERICAN
    ENGINEERING and EQUIPMENT CO., INC.,
    MANUEL SILVA, and MARIANI
    PACKING CO., INC.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:  August  25 , 2014                        By: _____
                                                  JOSEPH C. SPERO
                                                  United States Magistrate Judge