HANSON BRIDGETT LLP
Robert A. McFarlane, SBN 172650
rmcfarlane@hansonbridgett.com
Christopher S. Walters SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

REGARD IP LAW
Michael N. Berg, SBN159771
mberg@regardip.com
425 California Street, Suite 1700
San Francisco, CA 94104
Telephone:   (415) 398-9600
Facsimile:   (415) 236-6100

MICHAEL J. BROWN LAW OFFICE LLC
Michael J. Brown (*pro hac vice*)
michael@mjbrownlaw.com
570 W. Mt. Pleasant Avenue, Suite 101
Livingston, NJ 07039
Telephone:   (973) 577-6300
Facsimile:   (973) 577-6301

Attorneys for Plaintiff / Counterdefendant
VISTAN CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| VISTAN CORPORATION,<br>            Plaintiff,<br>     v.<br>FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC.,<br><br>            Defendants. | CIVIL ACTION<br>NO. 10-4862 JCS<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS AND [PROPOSED] ORDER** |
| FADEI USA, INC., PAN AMERICAN ENGINEERING and EQUIPMENT CO., INC., MANUEL SILVA, and MARIANI PACKING CO., INC.,<br>            Counterclaimants,<br>     v.<br>VISTAN CORPORATION,<br>            Counterdefendant. | |

10-4862 JCS

STIPULATED DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS


Plaintiff Vistan Corporation ("Vistan") and defendants Manuel Silva ("Silva") and Mariani Packing Co., Inc., ("Mariani") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS Vistan, on the one hand, and Silva and Mariani, on the other hand, have reached a settlement that resolves all pending claims between them;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Vistan, Silva, and Mariani that all claims asserted between them in the above-styled action shall be and hereby are dismissed **with prejudice**. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED

DATED: September 4, 2014     HANSON BRIDGETT LLP

By: /s/ Robert A. McFarlane
ROBERT A. MCFARLANE
Attorneys for Plaintiff / Counterdefendant
VISTAN CORPORATION

DATED: September 4, 2014     DOWNEY BRAND LLP

By: /s/ Michael Thomas
MICHAEL THOMAS
Attorneys for Defendants / Counterclaimants
MANUEL SILVA, and MARIANI PACKING CO., INC.

IT IS SO ORDERED::

DATED: 09/05/14     _____
Hon. Joseph C. Spero, Magistrate Judge

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

1378304.2